810

No. 77–792. RUBIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his supplemental brief filed August 21, 1978. MR. JUSTICE REHNQUIST dissents.

No. 77–1599. COOK *v.* MUSKINGUM WATERSHED CONSERVANCY DISTRICT. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Monell* v. *Department of Social Services of New York City,* 436 U. S. 658 (1978).

No. 77–1663. SOCIETY FOR THE WELFARE OF ANIMALS, INC. *v.* WALRATH. Dist. Ct. App. Fla., 3d Dist. Motion of Humane Society of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bates* v. *State Bar of Arizona,* 433 U. S. 350 (1977).

No. 77–6536. HAMMONS *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his memorandum filed July 11, 1978. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.

No. 77–6992. BISHOP *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case is remanded for further proceedings. See *Lockett* v. *Ohio,* 438 U. S. 586 (1978).